# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TINTRI, INC., | Case No. 18-11625(KJC) |
| Debtor. | |
| TINTRI, INC., | |
| Plaintiff, | |
| vs. | Adversary No. 18-50830(KJC) |
| NUVIAS GROUP, | |
| Defendant. | |

## STIPULATION EXTENDING RESPONSE DEADLINE

Plaintiff Tintri, Inc. and Defendant Nuvias Group, by and through their undersigned counsel, hereby stipulate pursuant to Del. Bankr. L.R. 7012-2 that the deadline for the Defendant to plead or move in response to the Plaintiff's *Complaint for Breach of Written Contract and Turnover* is extended to October 25, 2018.

Dated: October 17, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Telephone: 302-652-4100
Email: jfiero@pszjlaw.com
      jlucas@pszjlaw.com
      crobinson@pszjlaw.com

*Counsel for Tintri, Inc.*

Dated: October 17, 2018

DRINKER BIDDLE & REATH LLP

*/s/ Patrick A. Jackson*
Patrick A. Jackson (DE Bar No. 4976)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-467-4200
Email: patrick.jackson@dbr.com

*Counsel for Nuvias Group*

94434890.1