IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC) |
| TINTRI, INC.,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ABACUS SOLUTIONS, LLC AND NEVERFAIL, INC.,<br><br>　　　　　　Defendants. | Adversary No. 18-50831 (KJC) |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 17th of October, 2018, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**CERTIFICATION OF COUNSEL REGARDING STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR FILING AN ANSWER OR RESPONSE TO COMPLAINT**

　　　　　　　　　　　　　　　　　　/s/ Colin R. Robinson
　　　　　　　　　　　　　　　　　　Colin R. Robinson (DE Bar No. 5524)

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

DOCS_DE:221567.1 83990/002

Tintri - Service List re Abacus/Neverfail
Main Case No. 18-11625 (KJC)
Adv. Case No. 18-50831
Doc. No. 221567

Email: olivere@chipmanbrown.com
(Counsel for Abacus Solutions and
Neverfail, Inc.)
Mark D. Olivere
Chipman Brown Cicero & Cole, LLP
Hercules Building
1313 N. Market Street, Suite 5400
Wilmington, DE 19801